**ROBERT D. CHRISTENSON, #076060**
**CHRISTENSON LAW FIRM**
**472 WEST PUTNAM AVENUE**
**PORTERVILLE, CALIFORNIA   93257**

**(559) 784-4934   Telephone**
**(559) 784-3431   Facsimile**

**Attorneys for Plaintiff**


**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT of CALIFORNIA**

**---o0o---**

| | |
|---|---|
| **TINA SPEARS,** ) | |
| ) | **CASE NO: CIV-F 06-0076** |
| ) | **AWI LJO** |
| **Plaintiff,** ) | |
| ) | |
| **vs** ) | **STIPULATION and ORDER** |
| ) | **to** |
| **COMMISSIONER of** ) | **EXTEND TIME** |
| **SOCIAL SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

The parties, through their respective counsel, stipulate that the time for filing

Plaintiff's Opening Brief be extended from August 30, 2006 to September 29, 2006.


/ / / / /                                                                                    \ \ \ \ \


/ / / / /                                                                                    \ \ \ \ \

This is the Plaintiff's first request for an extension of time in this case.  The Plaintiff needs more time to prepare the Opening Brief.

/ / / / /                                                                        \ \ \ \ \

Respectfully submitted,

/s/ Robert D. Christenson

Dated:   August 15, 2006             ROBERT D. CHRISTENSON
                                     Attorney for Plaintiff

Dated:   August 15, 2006             **McGREGOR W. SCOTT**
                                     United States Attorney

                                     /s/ Kristi C. Kapetan
                                     _____
                                     **KRISTI C. KAPETAN**
                                     Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:    August 15, 2006**        _____/s/ Lawrence J. O'Neill_____
66h44d                               UNITED STATES MAGISTRATE JUDGE