ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| TINA SPEARS, | |
| Plaintiff, | CASE NO: CIV-F 06-00076 AWI LJO |
| vs | STIPULATION and ORDER to EXTEND TIME |
| COMMISSIONER of SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from September 29, 2006 to October 29, 2006.

This is the Plaintiff's second request for an extension of time in this case. The Plaintiff needs more time to prepare the Opening Brief.

Respectfully submitted,

/s/ Robert D. Christenson

Dated:   September 26, 2006

ROBERT D. CHRISTENSON
Attorney for Plaintiff

| | |
|---|---|
| Dated: September 27, 2006 | **McGREGOR W. SCOTT**<br>United States Attorney |
| | /s/ Kristi C. Kapetan<br>_____<br>**KRISTI C. KAPETAN**<br>Assistant U.S. Attorney |

   IT IS SO ORDERED.

**Dated:    September 27, 2006**            /s/ Lawrence J. O'Neill
66h44d                               UNITED STATES MAGISTRATE JUDGE