1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Fax No: (559) 497-4099
   Attorneys for Defendant
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10 TINA SPEARS,                    )   1:06-cv-0076 LJO
                                   )
11             Plaintiff,          )   STIPULATION AND ORDER
                                   )   TO EXTEND TIME
12        v.                       )
                                   )
13 JO ANNE B. BARNHART,            )
   Commissioner of Social          )
14 Security,                       )
                                   )
15             Defendant.          )
   _____)
16

17     The parties, through their respective counsel, stipulate that

18 the time for filing defendant's opposition to plaintiff's opening

19 brief be extended from November 27, 2006 to December 27, 2006.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    This is defendant's first request for an extension of time to
2 file a response to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response in
4 this matter.

5                                   Respectfully submitted,

7 Dated: November 22, 2006         /s/ Robert D. Christenson
                                   (As authorized via facsimile)
8                                  ROBERT D. CHRISTENSON
                                   Attorney for Plaintiff

11 Dated: November 27, 2006        McGREGOR W. SCOTT
                                   United States Attorney

13                                 /s/ Kristi C. Kapetan
                                   KRISTI C. KAPETAN
14                                 Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   November 27, 2006            /s/ Lawrence J. O'Neill**
66h44d                              UNITED STATES MAGISTRATE JUDGE